# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LINDA GARCIA SANCHEZ,

    Plaintiff,

    vs.                                    NO. 1:16-cv-01126-KRS

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO REMAND

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. 23], and good cause appearing,

**IT IS HEREBY ORDERED** that the Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is **REMANDED** to the Commissioner for further administrative proceedings.

It is further **ORDERED** that Plaintiff's original motion to reverse and remand [Doc. 17] is **DENIED** as moot.

                                                        KEVIN R. SWEAZEA
                                                        UNITED STATES MAGISTRATE JUDGE