# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LINDA GARCIA SANCHEZ,

    Plaintiff,

vs.                                              NO. 1:16-cv-01126-KRS

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

    Defendant.

## **JUDGMENT**

Pursuant to the Court's order granting Defendant's unopposed motion for remand pursuant to sentence four of 42 U.S.C. § 405(g), filed concurrently herewith, the Court enters this final judgment pursuant to Federal Rule of Civil Procedure 58, and remands this case to the Social Security Administration for further proceedings.

                                                                          _____
                                                                          KEVIN R. SWEAZEA
                                                                          UNITED STATES MAGISTRATE JUDGE